IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ M _____ D.C.

05 OCT 12 PM 1:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.

**LANELL SMITH**

05-20349-03-D
05-20352-03-MI

### ORDER ON ARRAIGNMENT

This cause came to be heard on *October 12, 2005*, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME *M. Ballin for L. Ballin*, who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371; 18:1028 & 2;

U. S. Attorney assigned to Case: S. Parker

Age: *45*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on *10-13-05*



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20349 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT