FILED BY ___ CWS ___ D.C.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

2005 OCT -7  PM 2: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

v.                                            **No.: 05cr20349**

**LANELL SMITH**

05 OCT 13  AM 7:08  FILED BY ___ D.C.

## MOTION TO AMEND TERMS OF BAIL

COMES now the Defendant, Lanell Smith, by and through his attorney, Leslie I. Ballin, who would respectfully move this Honorable Court to amend the conditions of his bail and in support thereof would show as follows:

Defendant would state that he has been employed by Frito Lay for over 4 years. That these charges originate from an indictment filed on September 28, 2005 alleging misconduct in March, 2001.

That Defendant Smith's job requirements with Frito Lay is the delivery of Frito Lay potato chip products to various grocery and convenience stores in the Memphis area.

That the Defendant requests that he not be required to tell his employer and that the prior order of this Court requiring such be deleted.

WHEREFORE PREMISES CONSIDERED, the Defendant prays that the Order Setting Bond Conditions be amended to delete the condition requiring the Defendant to

**MOTION GRANTED**
DATE: 10-12-2005

*Bernice Bouie Donald*
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-13-05



notify his employer, Frito Lay, of the instant matter.

Respectfully submitted,

*/s/ Leslie I. Ballin*

Leslie I. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served upon the Honorable the Honorable Bernice Donald, 167 N. Main Street, Memphis, TN 38103 and Stephen Parker, Assistant United States Attorney, 167 North Main, Ste. 800, Memphis, TN 38103, via facsimile and/or by the United States First Class Mail on this the 7th day of October, 2005.

*/s/ Leslie I. Ballin*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20349 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT